Per Curiam.

Let it be entered accordingly.[1]

 Where computation of time is to be made from an act done, the day on which the act is done is to be included in the reckoning. Castle v. Burditt, 3 T. R. 623; S. P. Glassington, v. Rawlins, 3 East, 407; 4 Esp. R. 224. See Priest v. Tarlton, 3 N. Hamp. R. 93; State v. Jackson, 1 Southard, 323; Avery v. Stewart, 2 Connect. R. 77; Picket v. Allen, 10 Connect. R. 146.
Aliter in Maine, where the exclusion of the day on which the act is done will prevent an estoppel or save a forfeiture. Windsor v. China, 4 Greenl., 298. See Sims v. Hampton, 1 Serg. & Rawle, 411.